NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FINISAR CORPORATION,**
*Plaintiff-Appellant*

**v.**

**NISTICA, INC.,**
*Defendant-Appellee*

---

2017-1649

---

Appeal from the United States District Court for the Northern District of California in No. 5:13-cv-03345-BLF, Judge Beth Labson Freeman.

---

## JUDGMENT

---

DAVID C. RADULESCU, Radulescu LLP, New York, NY, argued for plaintiff-appellant. Also represented by ROBIN M. DAVIS, DANIEL KESACK, ETAI LAHAV, TIGRAN VARDANIAN.

ROBERT KRAMER, Dentons US LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by JENNIFER D. BENNETT, RUSSELL TONKOVICH, San Francisco, CA; LORA A. BRZEZYNSKI, Washington, DC; RICHARD SALGADO, Dallas, TX.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| April 5, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |